UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  BARNES, JAMES RICHARD<br>BARNES, DEBORAH ANN<br>  Debtor(s) | CASE NO. 05-69075 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1. I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3. Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4. Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED: January 6, 2010          By: /s/ Stacia L. Yoon
                                STACIA L. YOON, TRUSTEE #16933-53
                                Genetos Retson Yoon & Molina LLP
                                8585 Broadway, Suite 480
                                Merrillville, IN 46410
                                Telephone: (219) 755-0401
                                bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Daniel L. Freeland, dlf9601@aol.com
Regular Mail:

BARNES, JAMES RICHARD, 3983 W. 105th AVENUE, CROWN POINT, IN 46307
BARNES, DEBORAH ANN, 3983 W. 105th AVENUE, CROWN POINT, IN 46307
All parties on the attached page

| Printed: 01/05/10 09:33 AM | **Claims Distribution Small Checks** | Page: 1 |

Trustee:  Stacia L. Yoon, Chapter 7 Trustee  (340450)

Case:  05-69075  -  BARNES, JAMES RICHARD

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 31220042166 | 124 | 01/05/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $3.13 |
| | | 8 | 09/13/06 | 610 | NW Indiana Radiology Services PC<br>55 E. 86th Avenue Suite A<br>POB 10645<br>Merrillville, IN 46411-0645 | 62.00 | 62.00 | 3.13 | 3.13 |

(*) Denotes objection to Amount Filed